IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JONATHAN WILLIAM NAWROCKI

                      Petitioner,                                  MEMORANDUM

     v.                                                        08-cv-96-bbc

RACINE COUNTY JAIL, as a whole,

                      Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       This is the second lawsuit petitioner Jonathan Nawrocki, a prisoner at the Racine Youthful Offender Correctional Institution in Racine, Wisconsin, has filed in the past six weeks. In his other case, <u>Nawrocki v. Linder</u>, 08-cv-14-bbc, petitioner submitted a trust fund account statement from which I assessed him an initial partial payment of the $350 filing fee in the amount of $12.67.

       Petitioner has not submitted a trust fund account statement for the court's consideration in this case. Instead, he has submitted a second check in the amount of $12.67 to be applied as his initial partial payment of the fee for filing this case. Because the trust fund account statement petitioner submitted with his complaint in case no. 08-cv-14-bbc covers the period from July 5, 2007 to January 4, 2008, and because this is very near the six-month period immediately preceding the filing of the complaint in this case, I will accept

petitioner's payment of $12.67 as his initial partial payment of the $350 filing fee in this case.

As soon as the court's calendar permits, plaintiff's complaint will be screened to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915 and 1915A. Plaintiff will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to communicate with the court about his case, he should be sure to write the case number shown above on his communication.

Entered this 15th day of February, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge