# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

JONATHAN WILLIAM NAWROCKI,

    Petitioner,

v.

RACINE COUNTY JAIL, as a whole,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-096-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondent.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ M. Hardin

by Deputy Clerk

_____3/10/08_____
Date